UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                                        CASE NO.  3:98-CR-72-001/LAC

CHARLES EDWARD WARD

**FINANCIAL REFERRAL AND ORDER**

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____Charles Ward___ (Payee)
Address:   204 Hewitt St
           Pensacola, FL 32503

Receipt Number _4-3119_

Date of Receipt _10/17/07_

Motion: N/A

Explanation: A review of the payment records for Mr. Ward indicates an overpayment of $30.00.  On October 16, 2007 the Clerk's Office received a payment from the Treasury Offset Program to pay Mr. Ward's fine in full.  On October 17, 2007 Mr. Ward sent in a payment of $30.00.   Requesting authorization to refund the $30.00 overpayment as well as any other payments received by Mr. Ward for this case.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:  _s/Philip Detweiler_____
              Philip Detweiler, Financial Specialist          Date:  November 1, 2007

Referred by: Mary Maloy, Deputy Clerk

**ORDER OF COURT**

It is ORDERED this 1st day of November, 2007, that the Clerk refund the identified funds to the payee.

APPROVED____XX_____

DENIED_____              _____s/L.A. Collier_____
                                              LACEY A. COLLIER
                                      SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99